UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANG DO,

Petitioner,

v.

DAVID MARIN, et al.,

Respondents.

Case No. 5:26-cv-02756-JGB-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 21). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Ground 1 of the Petition is **granted**, Ground 2 is **dismissed** as moot, and Ground 3 is **dismissed** as unripe.

2. Respondents shall **immediately release** Dang Do, a.k.a. Dang Hai Do (A# 022-005-282) from custody.

3. If Respondents have not released Petitioner **within three (3) days** of the date of this order, Petitioner may file a request for an order to show cause re contempt.

4. **Within seven (7) days** of the date of this order, Respondents shall file a supplemental brief responding to Ground 4, Petitioner's claim that Respondents violated Petitioner's rights under the Fifth Amendment Due Process Clause by failing to provide him with a hearing before a neutral adjudicator prior to his detention by ICE. (See Dkt. 19 at 10-14.)

DATED: August 12, 2026

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE