UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANG DO,

Petitioner,

v.

DAVID MARIN, et al.,

Respondents.

Case No. 5:26-cv-02756-JGB-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 24). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. This R&R shall be approved and accepted.
2. Judgment shall be entered granting Ground 4 of the Petition.
3. Petitioner's Motion for a Preliminary Injunction (Dkt. 3) shall be denied as moot.

4. Respondents shall not re-detain Petitioner without providing Petitioner a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that (a) Petitioner is a flight risk or a danger such that Petitioner's physical custody is required, or (b) on account of changed circumstances, there is a significant likelihood that Petitioner may be removed in the reasonably foreseeable future.

DATED: September 16, 2026

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE