JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANG DO,<br>Petitioner,<br>v.<br>DAVID MARIN, et al.,<br>Respondent. | Case No. 5:26-cv-02756-JGB-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, and the Court's prior order (Dkt. 22):

IT IS HEREBY ADJUDGED that Grounds 1 and 4 are granted. Ground 2 is dismissed as moot, and Ground 3 is dismissed as unripe.

DATED: September 16, 2026

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE